TROY A. VALDEZ, State Bar No. 191478
ERIN M. DOYLE, State Bar No. 233113
VALDEZ TODD & DOYLE LLP
1901 Harrison Street, Suite 1450
Oakland, California 94612
Telephone:  (415) 202-5950
Facsimile:  (415) 202-5951
Email: tvaldez@vtdlaw.com
Email: edoyle@vtdlaw.com

Attorneys for Defendant COMCAST CABLE
COMMUNICATIONS MANAGEMENT, LLC

DANIEL RAY BACON, State Bar No. 103866
Law Offices of Daniel Ray Bacon
234 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 864-0907
Facsimile: (415) 864-0989
Email: bacondr@aol.com

Attorney for Plaintiff MICHAEL A. JARANILLA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. JARANILLA,<br><br>                    Plaintiff,<br><br>vs.<br><br>COMCAST INC., doing business as<br>COMCAST CABLE COMMUNICATIONS<br>MANAGEMENT, LLC, COMCAST CABLE<br>COMMUNICATIONS LLC, COMCAST<br>HOLDINGS CORPORATION, and<br>COMCAST CORPORATION, a Pennsylvania<br>Corporation, and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No.: CV 13-05717 CRB<br><br>**JOINT STIPULATION AND ORDER<br>CONTINUING NOVEMBER 14, 2014<br>CASE MANAGEMENT CONFERENCE**<br><br>Date:  November 14, 2014<br>Time:  8:30 a.m.<br>Courtroom:  6, 17th Floor<br><br>Hon. Charles R. Breyer |

WHEREAS, the parties conducted a Settlement Conference before the Hon. Joseph C. Spero on July 22, 2014, which did not lead to settlement;

WHEREAS, the Court held a Further Case Management Conference on July 25, 2014, following which the Court issued a Minute Order stating, "Parties are allowed to take discovery which is appropriate to assist further settlement before Magistrate Judge Joseph C. Spero" and scheduling a Further Case Management Conference for November 14, 2014 at 8:30 a.m.;

WHEREAS, the parties are taking additional discovery to assist in further settlement discussions, but not all such discovery has been completed, and the recent deposition of a key witness scheduled for the end of October has been postponed due to the witness's unexpected medical leave of absence; and,

WHEREAS, to allow the parties time to complete key discovery to assist in productive further settlement discussions, the parties respectfully request for this Court to continue the present November 14, 2014 Further Case Management Conference to January 9, 2015 or a date thereafter.

**IT IS SO STIPULATED**.

Dated:  November 6, 2014                         VALDEZ TODD & DOYLE LLP


                                                 _/s/ **Erin M. Doyle**_____
                                                 Erin M. Doyle

                                                 Attorneys for Defendant
                                                 Comcast Cable Communications Management, LLC


Dated:  November 6, 2014                         Law Office of Daniel Ray Bacon


                                                 _/s/ **Daniel Ray Bacon**_____
                                                 Daniel Ray Bacon

                                                 Attorney for Plaintiff
                                                 Michael A. Jaranilla

1

2

3

      The Court having considered the stipulation of the parties, and good cause appearing therefore, orders that the present November 14, 2014 Further Case Management Conference is hereby continued to January 16, 2015 at 8:30 AM.

4

**IT IS SO ORDERED**.

5

6

Dated:  November  10, 2014

7

By: _____



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING NOVEMBER 14, 2014 CASE MANAGEMENT CONFERENCE – Case No.  CV-13-05717 CRB