DANIEL RAY BACON, STATE BAR # 103866
Law Offices of Daniel Ray Bacon
234 Van Ness Avenue
San Francisco, CA 94102
Telephone (415) 864-0907
Facsimile: (415) 864-0989

ATTORNEY FOR PLAINTIFF
MICHAEL A. JARANILLA

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL A. JARANILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>COMCAST INC., doing business as COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST CABLE COMMUNICATIONS LLC, COMCAST HOLDINGS CORPORATION, and COMCAST CORPORATION, a Pennsylvania Corporation, and Does 1 through 50, inclusive,<br><br>    Defendants.<br>_____ | CASE NO. C-13-5717 CRB<br><br>PLAINTIFF'S NOTICE OF SETTLEMENT<br><br>ORDER DISMISSING |

Plaintiff MICHAEL JARANILLA ("Plaintiff") herein advises the Court that Plaintiff and Defendant COMCAST CORPORATION ("Defendant"), have settled the case. Plaintiff requests that the matter be dismissed with prejudice since Defendant has complied with all settlement terms.

Dated: June 23, 2015                    LAW OFFICES OF DANIEL RAY BACON

                                              /s/ Daniel Ray Bacon

                                      By:_____
                                                DANIEL RAY BACON
                                                Attorney for Plaintiff
                                                MICHAEL JARANILLA

Signed: June 24, 2015

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

- 2 -